UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 18, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUMISANI SEAYS-OSORIO,

    Defendant.

Case No. 2:25-cr-00263-DC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release DUMISANI SEAYS-OSORIO, Case No. 2:25-cr-00263-DC, Charge 18 U.S.C. § 2251(a), from custody for the following reasons:

    ____ Release on Personal Recognizance

    X Bail Posted in the Sum of $ 20,000.00.

        X Unsecured Appearance Bond $ 20,000.00.

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

        (Other): The Defendant's release is ordered delayed until 9:00 a.m.

        X on 11/19/2025. Upon release, the Defendant is ordered to appear at the Office of Pretrial Services for further processing.

Sacramento County Jail is further ORDERED to release the defendant with a

    X 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 18, 2025 at 3:01 p.m.

By: _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE