HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr. S. 2:25-cr-00263-DC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [proposed] ORDER RE: CONTINUANCE OF STATUS CONFERENCE |
| | ) | |
| DUMISANI SEAYS-OSORIO, | ) | |
| | ) | New Date: May 29, 2026 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, ROGER YANG, Assistant United States Attorney, attorney for the UNITED STATES, and RACHELLE BARBOUR, attorney for Defendant DUMISANI SEAYS-OSORIO, that the status conference currently set for Friday, March 27, 2026, be continued to Friday, May 29, 2026, at 9:30 a.m., and that time be excluded for preparation of counsel.

In December, the Government provided hundreds of pages of documents and several native files for Defense counsel's review in this case. Much of that discovery is protected by an Order that prohibits Defense counsel from giving the discovery to her client. Accordingly, it must be discussed personally between client and counsel and may not leave Defense counsel's possession. Defense counsel has met with Mr. Seays-Osorio, who is out of custody in full compliance, to review the discovery and discuss it. Because there is forensic evidence in the form of downloads and devices to review, under the Adam Walsh Act, Defense counsel must

Stip/Order re:Continuance and Exclusion of Time                    *U.S. v Seays-Osorio*

arrange with the case agent for access to review those forensic copies in the custody of law enforcement.  Defense counsel understands that the case agent and the digital materials are with the California Department of Corrections and Rehabilitation in Rancho Cordova.  Defense counsel intends to obtain and complete a review of the forensic copies at the law enforcement office within the time requested by this stipulation.  Often multiple reviews are required, as Defense counsel must discuss them with her client in between.

The parties believe that failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Mr. Seays-Osorio is out of custody in this matter in full compliance with all the terms of his pretrial release.

Accordingly, the parties stipulate and request that the Court exclude time between the date of the filing of this stipulation through the new status conference date of May 29, 2026, under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).  The parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Date: March 17, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
DUMISANI SEAYS-OSORIO

Date:  March 17, 2026

ERIC GRANT
United States Attorney

/s/ Roger Yang
ROGER YANG
Assistant U.S. Attorney
Attorney for the United States

//
//

O R D E R

IT IS HEREBY ORDERED the court, having received, read and considered the parties' stipulation filed on March 17, 2026 (Doc. No. 21), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for March 27, 2026 is VACATED and RESET for May 29, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between March 27, 2026 and May 29, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **March 19, 2026**

_____
Dena Coggins
United States District Judge

Stip/Order re:Continuance and Exclusion of Time                                        *U.S. v Seays-Osorio*