HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
DUMISANI SEAYS-OSORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No:  2:25-CR-0263-DC |
| Plaintiff, | ) |
| | ) |
| vs. | ) STIPULATION AND ORDER TO MODIFY |
| | ) PRETRIAL CONDITION |
| DUMISANI SEAYS-OSORIO, | ) Duty Magistrate Judge |
| Defendant. | ) |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for the UNITED STATES OF AMERICA, and Rachelle Barbour, attorney for Defendant DUMISANI SEAYS-OSORIO, that special condition of release #23 be changed to include the temporary adjustment set forth in the second paragraph below:

**23.    CURFEW:** You must remain inside your residence every day from 12:00 PM (noon) to 10:30 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

This curfew is temporarily adjusted to 12:00 PM (noon) to 9:00 AM on Wednesdays for the six weeks following the date of this modification, to allow Mr. Seays-Osorio to be outside the apartment during the landlord's required fumigation of the complex.  During this time, Pretrial Services has approved Mr. Seays-Osorio to be at U.S. Pretrial Services Office, in addition to the other approved obligations discussed above.

//

Modification of Special Pretrial Condition –                1
Seays-Osorio

Pretrial Services has been consulted and agrees with this request.  Mr. Seays-Osorio's surety and third-party custodian have signed below.

Date: March 20, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
DUMISANI SEAYS-OSORIO

Date:  March 20, 2026

ERIC GRANT
United States Attorney

/s/ Roger Yang
ROGER YANG
Assistant U.S. Attorney
Attorney for the United States

I agree with this new condition being imposed in this case.

/s/ Martha Osorio-Edwards
(original signed copy with counsel)

Date: March 20, 2026

Martha Osorio-Edwards, Surety

/s/Sidney Edwards
(original signed copy with counsel)

Date: March 20, 2026

Sidney Edwards, Third Party Custodian

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order and modifies the condition as forth above.

Dated:  March 20, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Modification of Special Pretrial Condition –
Seays-Osorio