HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
DUMISANI SEAYS-OSORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DUMISANI SEAYS-OSORIO,<br><br>　　　Defendant. | Case No:  2:25-CR-0263-DC<br><br>STIPULATION AND ORDER TO MODIFY PRETRIAL CONDITION<br><br>Hon. Carolyn K. Delaney<br>Duty Magistrate Judge |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for the UNITED STATES OF AMERICA, and Rachelle Barbour, attorney for Defendant DUMISANI SEAYS-OSORIO, that special condition of release #15 be modified to add the following language proposed by Pretrial Services:

> You must not have access to the Internet, and you must provide proof of the removal of your "Smart" television, your "Smart" cellular telephone, and your "gaming device" from your home. Your mother, stepfather, and sister may retain their "Smart" televisions, located in their bedrooms. In addition, your stepfather, mother, and sister may retain their "Smart" cellular telephones; and your mother may retain her work laptop computer. However, all of these devices must be password protected. The "Smart" television located in the living room of your home must be removed. **You may use your stepfather's (Third Party Custodian) smartphone only for the purpose of attending virtual counseling via a web app.**

//

Modification of Special Pretrial Condition –
Seays-Osorio

1

Pretrial Services has been consulted and agrees with this request.  Mr. Seays-Osorio's surety and third-party custodian have signed below.

Date: March 31, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
DUMISANI SEAYS-OSORIO

Date:  March 31, 2026

ERIC GRANT
United States Attorney

/s/ Roger Yang
ROGER YANG
Assistant U.S. Attorney
Attorney for the United States

I agree with this new condition being imposed in this case.

/s/ Martha Osorio-Edwards – original on file with counsel

Date: March 31, 2026

Martha Osorio-Edwards, Surety

/s/ Sidney Edwards – original on file with counsel

Date: March 31, 2026

Sidney Edwards, Third Party Custodian

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order and modifies the condition as forth above.

Dated:  March 31, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Modification of Special Pretrial Condition –
Seays-Osorio

2