TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA 95818
Tel: (916) 704-2665
timzindel@gmail.com


Attorney for Defendant
DUMISANI SEAYS-OSORIO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,              )   Case No. 2:25-CR-00263-DC
                                       )
     Plaintiff,                        )
                                       )   **STIPULATION AND ORDER**
          vs.                          )   **MODIFYING CONDITIONS OF**
                                       )   **PRETRIAL RELEASE**
DUMISANI SEAYS-OSORIO,                 )
                                       )
     Defendant.                        )   Judge:   Hon. Sean C. Riordan
                                       )
                                       )
_____)


        Plaintiff, United States of America, and defendant, Dumisani Seays-Osorio, hereby

stipulate to modify special condition of release no. 15 (ECF 10) as follows, to facilitate Mr.

Seays-Osorio's employment (changes shown in italics):

> You must not have access to the Internet, and you must provide proof of the removal of your "Smart" television, your "Smart" cellular telephone, and your "gaming device" from your home. Your mother, stepfather, and sister may retain their "Smart" televisions, located in their bedrooms. In addition, your stepfather, mother, and sister may retain their "Smart" cellular telephones; and your mother may retain her work laptop computer. **However, all of these devices must be password protected.** The "Smart" television located in the living room of your home must be removed. *Notwithstanding the prohibition of internet use, you're authorized to access the internet on a computer provided by your employer, at your workplace only, solely for employment and training*

-1-

*purposes; and any such use shall be approved in advance by your Pretrial Services Officer.*

Mr. Seays-Osorio was recently hired by a bulk grocer in Sacramento to perform stocking and other tasks. His employer may require him from time to time to view training videos that are only available via internet, and to use the internet for other work-related purposes on a computer provided by the employer that will remain at the workplace. Mr. Seays-Osorio will alert Pretrial Services prior to any such usage.

Respectfully Submitted,

Dated:  May 26, 2026

/s/ Tim Zindel
TIMOTHY ZINDEL
Attorney for DUMISANI SEAYS-OSORIO

ERIC GRANT
United States Attorney

Dated:  May 26, 2026

/s/ T. Zindel for R. Yang
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

Special condition 15 of the special conditions of release filed November 19, 2025, is modified as set forth above.

IT IS SO ORDERED.

Dated:  May 26, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE