TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com


Attorney for Defendant
DUMISANI SEAYS-OSORIO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:25-CR-00263-DC |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| DUMISANI SEAYS-OSORIO, | ) | |
| Defendant. | ) | Judge:    Hon. Dena Coggins |
| | ) | Date:     May 29, 2026 |
| | ) | Time:     9:30 a.m. |


Plaintiff, United States of America, and defendant, Dumisani Seays-Osorio, hereby stipulate that the status conference scheduled for May 29, 2026, may be continued to September 11, 2026, at 9:30 a.m.

Undersigned defense counsel was assigned to this case in April 2026.  He seeks time to perform tasks necessary to evaluate and prepare the case: (1) review discovery, some of which has been provided, some of which requires travel to the FBI for review; (2) meet with and advise Mr. Seays-Osorio; (3) determine what investigation and resources will be needed going forward. The parties therefore agree, and request, that the defense needs additional time for effective preparation.  The parties agree that the Court should exclude time under the Speedy Trial Act

-1-

from the date of this order through September 11, 2026, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The parties agree that the period of delay results from a continuance granted at the request of the defense and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully Submitted,

Dated:  May 26, 2026

*/s/ Tim Zindel*
TIMOTHY ZINDEL
Attorney for DUMISANI SEAYS-OSORIO

ERIC GRANT
United States Attorney

Dated:  May 26, 2026

*/s/ T. Zindel for R. Yang*
ROGER YANG
Assistant U.S. Attorney

# O R D E R

The status conference is continued to September 11, 2026, at 9:30 a.m.  Time is excluded for the reasons set forth above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **May 26, 2026**

Dena Coggins
United States District Judge

-2-