TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA 95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
DUMISANI SEAYS-OSORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUMISANI SEAYS-OSORIO,<br><br>Defendant. | Case No. 2:25-CR-00263-DC<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Judge: Hon. Dena Coggins<br>Date: September 11, 2026<br>Time: 9:30 a.m. |

Plaintiff, United States of America, and defendant, Dumisani Seays-Osorio, hereby stipulate that the status conference scheduled for September 11, 2026, may be continued to December 11, 2026, at 9:30 a.m.

This case was reassigned to undersigned defense counsel in April 2026. He has reviewed all available discovery but seeks time to perform additional tasks necessary to evaluate and prepare the case: (1) review discovery with his client; (2) begin investigation of Mr. Seays-Osorio's personal and family background; and (3) find an expert to prepare an evaluation necessary for the parties in considering potential resolutions of the case. Counsel for the United States is in a lengthy jury trial through Thanksgiving. The parties therefore agree, and request,

that the Court should exclude time under the Speedy Trial Act from the date of this order through December 11, 2026, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4). The parties agree that the period of delay results from a continuance granted at the request of the defense and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully Submitted,

Dated: September 2, 2026

*/s/ Tim Zindel*
TIMOTHY ZINDEL
Attorney for DUMISANI SEAYS-OSORIO

ERIC GRANT
United States Attorney

Dated: September 2, 2026

*/s/ T. Zindel for R. Yang*
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on September 2, 2026 (Doc. No. 36), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for September 11, 2026, is VACATED and RESET for December 11, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between September 2, 2026 and December 11, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **September 3, 2026**

Dena Coggins
United States District Judge