TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA 95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
DUMISANI SEAYS-OSORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-CR-00263-DC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| DUMISANI SEAYS-OSORIO, | |
| Defendant. | Judge: Hon. Sean C. Riordan |

Plaintiff, United States of America, and defendant, Dumisani Seays-Osorio, hereby stipulate to authorize Pretrial Services to extend Mr. Seays-Osorio’s curfew to allow him to attend his mother’s wedding on Saturday, October 17, between the hours of 1:00 p.m. and 7:30 p.m.

Mr. Seays-Osorio and his family members have confirmed key details of the event by speaking directly to Pretrial Services. Pretrial Services confirmed with the third-party custodian that three minors will be in attendance. Several family members, including the parents of the minors, are aware of the circumstances of the charged offense and the conditions of Mr. Seays-Osorio’s release, and his third-party custodian will be present throughout the event.

Mr. Seays-Osorio has overall complied with conditions of his pretrial release and remains subject to location monitoring. However, Court approval is needed to extend his curfew.

In light of the above, the parties agree that the Court may extend Mr. Seays-Osorio's curfew on October 17, 2026, to allow him to be away from home between 1:00 p.m. and 7:30 p.m. that day.

Respectfully Submitted,

Dated: October 14, 2026

*/s/ Tim Zindel*
TIMOTHY ZINDEL
Attorney for DUMISANI SEAYS-OSORIO

ERIC GRANT
United States Attorney

Dated: October 14, 2026

*/s/ T. Zindel for R. Yang*
ROGER YANG
Assistant U.S. Attorney

**O R D E R**

The above modification is adopted.

IT IS SO ORDERED.

Dated: October 15, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE