TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA 95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
DUMISANI SEAYS-OSORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DUMISANI SEAYS-OSORIO,<br>Defendant. | Case No. 2:25-CR-00263-DC<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**<br><br>Judge: Hon. Carolyn K. Delaney |

Plaintiff, United States of America, and defendant, Dumisani Seays-Osorio, hereby stipulate to modify special condition of release no. 23 to provide as follows:

> 23. CURFEW: You must remain inside your residence every day from 4:00 p.m. to 12 noon, or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.

Mr. Seays-Osorio's existing curfew, set by stipulation and order filed February 3, 2026, allows him to be gone from home from 10:30 a.m. to noon each day. ECF 20. Pretrial services has reviewed his request to enlarge his curfew to allow him to be out from 12:00 noon to 4:00 p.m., and they have approved it.

Mr. Seays-Osorio's third-party custodian, Sidney Edwards, has been advised of this request and has approved it.

Respectfully Submitted,

Dated: October 26, 2026

/s/ Tim Zindel
TIMOTHY ZINDEL
Attorney for DUMISANI SEAYS-OSORIO

ERIC GRANT
United States Attorney

Dated: October 26, 2026

/s/ T. Zindel for R. Yang
ROGER YANG
Assistant U.S. Attorney

I, Sidney Edwards, am Dumisani's third-party custodian. I have reviewed and approved the above agreement.

Dated: October 24, 2026

/s/ S. Edwards (counsel has signed approval)_
SIDNEY EDWARDS

**O R D E R**

The above modification is adopted.

IT IS SO ORDERED.

Dated: October 27, 2026

Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE